UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EVER ALEXANDER SANABRIA AGUILAR,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, Superintendent of Plymouth County Correctional Facility; PATRICIA HYDE, Boston Field Office Director, U.S. Immigrations and Customs Enforcement; MICHAEL KROL, HIS New England Special Agent in Charge; TODD LYONS, Acting Director, U.S. Immigrations and Customs Enforcement; KRISTI NOEM, U.S. Secretary of Homeland Security; and PAMELA BONDI, Attorney General of the United States,<br><br>Respondents. | Civil Action No. 1:25-cv-13449-IT |

## ORDER CLOSING CASE

TALWANI, D.J.

In light of the court's Memorandum & Order [Doc. No. 7] granting Petitioner Ever Alexander Sanabria Aguilar's Petition for Writ of Habeas Corpus [Doc. No. 1] and ordering a bond hearing by December 2, 2025, and Respondents' Status Report [Doc. No. 8] indicating Petitioner was granted bond on December 1, 2025 and was subsequently released from custody, this action is CLOSED.

IT IS SO ORDERED.

December 3, 2025                                            /s/ Indira Talwani
                                                            United States District Judge